## Tenaglia *v.* Tenaglia, Appellant.

Argued November 17, 1936.

Before
KELLER, P. J., CUNNINGHAM, BALDRIGE, STADTFELD, PARKER, JAMES and RHODES, JJ.

*John J. Cahill,* for appellant.

*Harry S. Abrams,* for appellee.

PER CURIAM, December 10, 1936:

Upon a review of the evidence in this case we are in general accord with the conclusions of the Master and the Court below. Since the argument the appellant has died. We shall decide the case—see *Upperman v. Upperman,* 119 Pa. Superior Ct. 341—but no good purpose would be served by a review of the evidence.

The decree is affirmed.